1  AARON M. CLEFTON, ESQ. (SBN 318680)
   CLEFTON DISABILITY LAW
2  2601 Blanding Ave, Suite C
   #336
3  Alameda, CA 94501
   Telephone: 510/832-5001
4  info@cleftonlaw.com

5  Attorneys for Plaintiff
   RICARDO MURILLO
6
   Leo P. Norton (SBN 216282)
7  Leo.Norton@jacksonlewis.com
   Huy M. Tran (SBN 322465)
8  Huy.Tran@jacksonlewis.com
   JACKSON LEWIS P.C.
9  200 Spectrum Center Drive, Suite 500
   Irvine, CA 92618
10 Phone: (949) 885-1360 Fax: (949) 885-1380

11 Attorneys for Defendant
   CENTRELAKE MEDICAL GROUP, INC.
12

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| RICARDO MURILLO, | CASE NO. 2:25-cv-00550-SRM-ASx |
| --- | --- |
| Plaintiff, | Civil Rights |
| v. | **JOINT NOTICE OF SETTLEMENT** |
| CENTRELAKE MEDICAL GROUP, INC. | |
| Defendant. | |

   Plaintiff RICARDO MURILLO and Defendant CENTRELAKE MEDICAL GROUP, INC., hereby notify the Court that the case has settled in its entirety. The Parties request that the Court vacate all currently set deadlines. However, the Parties request that the case not be dismissed for 45 days so that the parties may finalize settlement documents and effectuate settlement.

1

NOTICE OF SETTLEMENT
CASE NO. 2:25-cv-00550-SRM-ASx

| | | |
|---|---|---|
| 1 | Date: June 30, 2025 | CLEFTON DISABILITY LAW |
| 2 | | */s/ Aaron M. Clefton* |
| 3 | | AARON M. CLEFTON<br>Attorney for Plaintiff |
| 4 | | DOUGLAS WINSTON |
| 5 | Dated: June 30, 2025 | JACKSON LEWIS P.C. |
| 6 | | */s/ Huy M. Tran* |
| 7 | | HUY M. TRAN<br>Attorneys for Defendant |
| | | CENTRELAKE MEDICAL GROUP, INC. |

## **FILER'S ATTESTATION**

Pursuant to Local Rules, I hereby attest that on June 30, 2025, I, Huy M. Tran, attorney with Jackson Lewis, PC, received the concurrence of Aaron Clefton, attorney for Plaintiff in the filing of this document.

*/s/ Huy M. Tran*
HUY M. TRAN
4919-9593-6338, v. 1